


JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DOLORES BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD LEE BARTHOLOMEW,<br>PHYLLIS A. BARTHOLOMEW<br><br><br><br>Defendants. | Case No: SACV10-0707 JVS (RNBx)<br><br>(PROPOSED) JUDGMENT ON BEHALF OF DEFENDANTS' RONALD LEE BARHOLOMEW AND PHYLISS A. BARTHOLOMEW AGAINST PLAINTIFF DOLORES BROWN<br><br>Complaint Filed: June 3, 2010<br>Hearing Date: June 13, 2011<br>Time: 1:30 p.m.<br>Dept.: 10C |

Defendants' Ronald Lee Bartholomew and Phyllis A. Bartholomew Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (c) against the Plaintiff Dolores Brown (hereinafter referred to as the "Motion") came on regularly for hearing on June 13, 2011 at 8:30 a.m. in Department 10C of

---

1
JUDGMENT ON BEHALF OF DEFENDANTS' RONALD LEE BARTHOLOMEW AND PHYLLIS A.
BARTHOLOMEW AGAINST PLAINTIFF DOLORES BROWN

the United States District Court, Central District of California – Southern Division, located at 411 West Fourth Street, Santa Ana, Ca 92701, the Honorable James V. Selna, presiding.

Defendant Ronald Lee Bartholomew appeared pro se and on behalf of Defendant Phyllis A. Bartholomew, who was erroneously referred to in the Court's June 17, 2011 Civil Minutes as Defendant Ronald Lee Bartholomew's spouse. Plaintiff appeared by her attorney of record, Larry Rothman, Esq.

The Court, having considered the moving papers, any opposition thereto, and the pleadings and papers on file in this matter, and having heard and considered argument of counsel, and good cause appearing, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is granted;
2. Judgment is hereby entered in favor of Defendants' Ronald Lee Bartholomew and Phyllis A. Bartholomew and against Plaintiff Dolores Brown;
3. The entire action herein against Defendants Ronald Lee Bartholomew and Phyllis A. Bartholomew is hereby dismissed with prejudice; and
4. Defendants Ronald Lee Bartholomew and Phyllis A. Bartholomew are awarded their costs of suit herein.

Dated: 6.30.11

Honorable James V. Selna
Judge of the United States District Court

# PROOF OF SERVICE

I, JERRY SHAW (name), declare as follows. I am over the age of 18 years. My address is:

688 N. RIMSDALE AVENUE #99
COVINA, CA 91722

On JUNE 22, 2011 (date), I served the foregoing document described as:

PROPOSED JUDGMENT

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in COVINA (city, state), addressed to:

LARRY ROTHMAN, ESQ (name)
ONE CITY BLVD. WEST (address)
SUITE 850 (address)
ORANGE, CA 92868

_____ (name)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 22, 2011 (date) at SANTA ANA, CA (place of signing).

Jerry Shaw (signature)
JERRY SHAW (name)